

Todd A. Spodek, Esq.
Direct Dial: (347) 292-8633
ts@spodeklawgroup.com

June 25, 2025

**BY ECF**:

The Honorable Jennifer H. Rearden
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    RE:    United States v. Donovan Hall
              Case No.: 24-cr-00708-1
              Southern District of New York
              <u>Unopposed Letter Motion to Continue the Sentencing Date</u>

Dear District Judge Rearden:

    Please be advised that I represent **Donovan Hall** in the above-captioned action.

    Mr. Hall, by and through the undersigned counsel, respectfully moves this Honorable Court for an order continuing his sentencing date, which is currently scheduled for <u>July 24, 2025</u>, for a period of 90 days or longer. In support, therefore, counsel states as follows:

    Mr. Hall, by and through the undersigned counsel, has retained the services of Dr. Marc Gerber for a forensic psychological evaluation. Dr. Gerber requires additional time to visit Mr. Hall at MDC Brooklyn to evaluate him and draft a report for Your Honor to take into consideration at Mr. Hall's sentencing.

    I am unavailable on the following dates in October 2025 due to scheduled appearances in federal court: October 20, 2025 and October 28, 2025.

    The Government does not object to the requested continuance of Mr. Hall's sentencing date.

    Thank you in advance for your time and consideration in this matter.

                              Sincerely,
                              **Spodek Law Group P.C.**
                              /s/ Todd A. Spodek
                              Todd A. Spodek

---

Application GRANTED. Defendant Donovan Hall's sentencing is adjourned to **October 30, 2025** and **11:30 a.m.** The hearing will be held in Courtroom 12B of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007. Defendant's sentencing submission shall be filed by **October 16, 2025**. The Government's sentencing submission shall be filed by **October 23, 2025**.

The Clerk of Court is directed to terminate ECF No. 22.

SO ORDERED.

*Jennifer H. Rearden*

Jennifer H. Rearden, U.S.D.J.

Dated: June 27, 2025

The Honorable Jennifer H. Rearden
Page **2** of **2**

cc: All Counsel of Record (By ECF).