UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------x
**UNITED STATES OF AMERICA,**          :          **NOTICE OF WITHDRAWAL**
                                                  **AND REQUEST FOR**
            - v -                      :          <u>**ELECTRONIC NOTIFICATION**</u>

**DONOVAN HALL,**                      :          **24 CR 708(JHR)**


                       **Defendant.**   :

--------------------------------x


To:    Clerk of Court
       United States District Court
       Southern District of New York


       The undersigned attorney respectfully requests the Clerk to
note his withdrawal in this case and to delete him as a filing
user to whom Notices of Electronic Filing will be transmitted in
this case.


                          Respectfully Submitted,


                          **/S/MARK B. GOMBINER, ESQ.**
                          Assistant Federal Defender
                          Federal Defenders Of New York
                          52 Duane Street, 10th Floor
                          New York, N.Y. 10007
                          Tel.: (212) 417-8718
                          mark_gombiner@fd.org



TO:    Attorneys of Record